# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                    4:09CR00259-001 SWW

DAN CASSIDY

### ORDER

The parties have filed a Waiver of Right to Trial by Jury (doc #24) indicating they agreed to waive a jury and proceed with a trial before the Court.

The scheduling order which was entered on January 12, 2010, is amended to reflect that this case is reset for a ***BENCH TRIAL on MONDAY, AUGUST 2, 2010, at 1:30 p.m.***

IT IS SO ORDERED this 23rd day of July 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE